NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5079

QIAN IBRAHIM ZHAO,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-463, Judge Charles F. Lettow.

ON MOTION

PER CURIAM.

## O R D E R

Qian Ibrahim Zhao moves for reconsideration of the court's order denying his motion for leave to proceed in forma pauperis. Zhao also moves "to amend pleadings."

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

MAY 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Qian Ibrahim Zhao
Douglas G. Edelschick, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK